# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | No. 4:23-CR-056-SDJ-BD |
| | § | |
| JONATHAN MARK FLEMING | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATON OF UNITED STATES MAGISTRATE JUDGE

Before the Court is a Report and Recommendation of the United States Magistrate Judge regarding Defendant's competency. The parties have not filed objections to the Report.

Having conducted an independent review, the Court concludes that Defendant is competent because Defendant is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge on Defendant's competency is **ADOPTED**. It is further **ORDERED** that Defendant, Jonathan Mark Fleming, is competent. The speedy-trial time is excluded from April 23, 2024, until the date of this order.

**So ORDERED and SIGNED this 20th day of October, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE